FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

I. CASE STYLE

IN THE CIRCUIT COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT,
IN AND FOR BROWARD COUNTY, FLORIDA

Carlos Stephens
Plaintiff

Case # _____
Judge _____

vs.

Kaplan Higher Education LLC
Defendant

II. AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐ $8,000 or less
☐ $8,001 - $30,000
☒ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

III. TYPE OF CASE (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/18/2020 03:16:21 PM.****

**CIRCUIT CIVIL**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence—other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability—commercial
    - ☐ Premises liability—residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure
    - ☐ Homestead residential foreclosure
    - ☐ Non-homestead residential foreclosure
    - ☐ Other real property actions

- ☐ Professional malpractice
    - ☐ Malpractice—business
    - ☐ Malpractice—medical
    - ☐ Malpractice—other professional
- ☒ Other
    - ☐ Antitrust/Trade regulation
    - ☐ Business transactions
    - ☐ Constitutional challenge—statute or ordinance
    - ☐ Constitutional challenge—proposed amendment
    - ☐ Corporate trusts
    - ☒ Discrimination—employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COUNTY CIVIL**

- ☐ Small Claims up to $8,000
- ☐ Civil
- ☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
  ☐ Residential Evictions
  ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV. **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

V. **NUMBER OF CAUSES OF ACTION:** [  ]
(Specify)

<u>1</u>

VI. **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

VII. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

VIII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Peter J Solnick Solnick</u>          Fla. Bar # <u>670006</u>
            Attorney or party                               (Bar # if attorney)

<u>Peter J Solnick Solnick</u>                    <u>09/18/2020</u>
(type or print name)                             Date

IN THE CIRCUT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY FLORIDA
CASE NO.

CARLOS STEPHENS

    Plaintiff

vs.

KAPLAN HIGHER EDUCATION LLC

    Defendant,
_____/

## COMPLAINT

Plaintiff, CARLOS STEPHENS (plaintiff or Stephens) hereby files his Complaint against KAPLAN HIGHER EDUCATION LLC (Defendant or Kaplan), and states as follows:

## INTRODUCTION

1. This is a proceeding for compensatory damages greater than $30,000.

## PARTIES

2. CARLOS STEPHENS is an individual residing in Margate, Florida, and is otherwise *sui juris*.

3. KAPLAN HIGHER EDUCATION LLC is an Illinois Limited Liability whose conducts substantial business in the State of Florida with support centers in Orlando, Florida. At all times material hereto, Kaplan had and continues to have employ approximately 5,000 employees in each of the twenty or more calendar weeks in the current or preceding year.

4. Plaintiff commenced his employment with Kaplan approximately 10 years ago as an Admissions Advisor. His position with Kaplan Higher Learning allowed for his work to be completed primarily over the phone and computer. Plaintiff was first employed in Boca Raton,

1

Florida. After the Boca Raton office closed, plaintiff was transferred to the Fort Lauderdale, Florida.

5. Venue is proper in this jurisdiction because, among other reasons, the alleged unlawful acts of the defendant giving rise to this action were committed in Broward County, Florida.

6. The plaintiff has fulfilled all conditions precedent to the institution of this action. Plaintiff timely filed his written charge of discrimination with the Florida Commission on Human Relations, which was dually filed with the Equal Employment Opportunity Commission.

7. Stephens filed his complaint with the FCHR on September 9, 2019. The commission failed to conciliate or determine whether there is reasonable cause on any complaint under this section within 180 days of the filing of the complaint. Thus, plaintiff may bring a civil action against defendant. Fla. Stat. § 760.11(4)(8).

## FACTS

8. Plaintiff was hired to work for Kaplan Higher Education as an Admissions Advisor, recruiting students to enroll in Kaplan's online degree program. Plaintiff was qualified for the position. A majority of plaintiff's job responsibilities were completed primarily via computer and telephone.

9. In January 2019, plaintiff underwent a voluntary 48-hour observational stay at University Pavillion Hospital. There one of the hospital's psychiatrists diagnosed him with major depressive disorder or Clinical Depression. This diagnosis limits one or more major life activities. Particularly, plaintiff has difficulty working in a crowded office with other people present.

10. Upon returning to work, plaintiff requested a reasonable accommodation for his disability. Particularly, plaintiff requested to work from home as the psychiatrist at University

Pavillion Hospital recommended. Working from home would allow plaintiff to attend to his condition in the event of a flare up and continue working whereas, in the event of a flare up in the office, plaintiff would have to leave for the rest of the work day.

11. Though Kaplan permitted other Admissions Advisors, who do not have disabilities, to work from home, Kaplan denied plaintiff's request twice for a reasonable accommodation as of August 2019. Plaintiff's condition prevents him from being in the office long enough to earn a liveable wage. As a result, plaintiff was forced to resign from his position with Kaplan Higher Education.

12. The reasonable accommodations requested by the plaintiff would not have caused the Defendant any undue hardship.

13. All conditions precedent to this lawsuit have been satisfied. Namely, plaintiff filed a charge of discrimination with the Florida Commission on Human Relations.

## COUNT I – VIOLATION OF THE FLORIDA CIVIL RIGHTS ACT

14. Plaintiff repeats each allegation in paragraphs 1 through 13 as fully set forth herein at length.

15. At all times relevant to this action, Stephens was a qualified individual with a disability within the meaning of the ADA in that Stephens was capable of performing all essential functions of the position he applied for, with or without a reasonable accommodation. In fact, plaintiff was employed at Kaplan for approximately 10 years as an Admissions Advisor.

16. At all times relevant to this action, Stephens suffered from one or more actual disabilities and/or physical impairments which substantially limits one or more major life activities and had a record of being disabled.

17. Stephens was diagnosed by depressive disorder or Clinical Depression.

18. Kaplan violated the ADA by failing to provide plaintiff with a reasonable accommodation, treating him in a disparate manner, and by otherwise discriminating against him.

19. Kaplan's failure to reasonably accommodate plaintiff caused him to quit his job that he had employed for approximately 10 years.

20. Kaplan's failure to reasonably accommodate Stephens was with malice or with reckless indifference to Stephens' rights.

WHEREFORE, Carlos Stephens requests this Honorable Court to:

a. Order defendant to remedy the disability discrimination of Carlos Stephens by: (i) Paying appropriate back pay; (ii) reinstatement and/or front pay (iii) prejudgment interest; (iv) providing any other relief that is appropriate;

b. Enter an order against defendants for compensatory damages for mental anguish, loss of dignity, and emotional distress damages;

c. Punitive damages;

d. Attorney's fees and costs.

## JURY TRIAL DEMANDED

Carlos Stephens requests a jury trial on all questions of fact raised by this Complaint.

September 15, 2020

Respectfully submitted,

**SOLNICK LAW P.A.**
Attorney for Plaintiff
17501 Biscayne Boulevard, Suite 805
North Miami Beach, Florida 33160
Tel: 786-629-6530
Email: pete@solnicklaw.com

/s/ *Peter J. Solnick, Esq.*

By: _____
Peter J. Solnick, Esq.
Fla. Bar. 670006

4

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE NO.

CARLOS STEPHENS

  Plaintiff

vs.

KAPLAN HIGHER EDUCATION LLC

  Defendant,
_____/

**SUMMONS**

THE STATE OF FLORIDA
TO ALL SHERIFFS OF SAID STATE:

YOU ARE COMMANDED to serve a copy of the Summons and Complaint on:

KAPLAN HIGHER EDUCATION LLC
c/o CT CORPORATION SYSTEM, Registered Agent
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

The Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, to-wit:

Peter J. Solnick, Esquire
Solnick Law, P.A.
17501 Biscayne Boulevard, Suite 420
Aventura, FL 33160

Within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of those defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED_____, 2020.

                Clerk of said Court

SEP 21 2020         By:_____

                BRENDA D. FORMAN

In the Circuit Court of the Seventeenth Judicial Circuit
In and for Broward County, Florida

Carlos Stephens
Plaintiff

vs.

Defendant

Kaplan Higher Education, LLC

Case No: Cace 20-15415

Judge:
Division: 03


FILED
SEP 2 1 2020
By ___

**CLERK'S CERTIFICATE OF COMPLIANCE**

I hereby certify that pursuant to Administrative Order, No. 2020-4-Civ/UFC/CO:

"ADMINISTRATIVE ORDER DIRECTING CLERK OF COURTS WITH REGARD TO DISMISSED CIVIL OR FAMILY CASES",

The Clerk has conducted a search for all previous existing civil cases related to these two parties.

Listed below are all the aforementioned related cases:

None

Brenda D. Forman
Circuit and County Courts

By: J. Calixte
Deputy Clerk

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY FLORIDA
CASE NO. CACE-20-015415

CARLOS STEPHENS

    Plaintiff,

vs.

KAPLAN HIGHER EDUCATION, LLC

    Defendant.
_____/

## MOTION TO STRIKE

Plaintiff, CARLOS STEPHENS, by and through the undersigned counsel hereby moves to strike notice of voluntary dismissal, and as thereof, states as follows:

1. Plaintiff filed their Notice of Voluntary Dismissal on September 22, 2020.

2. This notice was inadvertently filed in this case.

Wherefore, Plaintiff requests that the Court strike Plaintiff's Notice of Voluntary Dismissal.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the forgoing was served via email through the Florida E Portal on this 22nd day of September, 2020.

                                                  **SOLNICK LAW, P.A.**
                                                17501 Biscayne Blvd., Suite 420
                                                Aventura, FL 33160
                                                Phone: 786-629-6530
                                                Fax: 305-468-6353
                                                pete@solnicklaw.com
                                                /s/ Peter J. Solnick, Esq.
                                  By: _____
                                           Peter J. Solnick, Esq./FBN 670006

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD, FLORIDA
CASE NO. CACE-20-015415

CARLOS STEPHENS

    Plaintiff,

vs.

KAPLAN HIGHER EDUCATION,

    Defendant.
_____/

## NOTICE OF HEARING

**YOU ARE HEARBY NOTIFIED** that the above case has been set for hearing before the Honorable Nicholas Lopane, Circuit Court Judge in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, via Zoom Video Conference (www.zoom.com), Wednesday, September 30, 2020 at 8:45 a.m., or soon thereafter as can be heard the following:

*MOTION TO STRIKE*

Judge Lopane
Join Zoom Meeting
https://17thflcourts.zoom.us/j/135647283
Meeting ID: 135 647 283

**[CERTIFICATE OF SERVICE ON THE FOLLOWING PAGE]**

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail through the Florida E Portal this 24th day of September, 2020.

**SOLNICK LAW, P.A.**
17501 Biscayne Blvd. Suite 420
Aventura, FL 33160
Phone: 786-629-6530
Fax: 305-468-6353
/s/ Peter J. Solnick, Esq.

By: _____
Peter J. Solnick, Esq/FBN 670006

# RETURN OF SERVICE

**State of Florida**  **County of Broward**  **Circuit Court**

Case Number: CACE-20-015415

Plaintiff:
**CARLOS STEPHENS**

vs.

Defendant:
**KAPLAN HIGHER EDUCATION LLC**

For:
Peter J. Solnick
SOLNICK LAW P.A.
17501 BISCAYNE BLVD
AVENTURA, FL 33160

Received by Caplan, Caplan & Caplan Process Servers on the 23rd day of September, 2020 at 12:01 pm to be served on **KAPLAN HIGHER EDUCTION LLC C/O CT CORPORATION SYSTEM, REGISTERED AGENT, 1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324**

I, Luzeneida Gonzalez, do hereby affirm that on the **24th day of September, 2020** at **9:00 am**, I:

served a **CORPORATION, REGISTERED AGENT** by delivering a true copy of the **SUMMONS, AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **CT CORPORATION SYSTEM** as **REGISTERED AGENT** at the address of: **1200 S. PINE ISLAND ROAD, PLANTATION, FL 33324** on behalf of **KAPLAN HIGHER EDUCTION LLC C/O CT CORPORATION SYSTEM, REGISTERED AGENT**, and informed said person of the contents therein, in compliance with Florida State Statute 48.091.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Sheriff Appointed Process Server in the county in which this defendant/witness was served and have no interest in the above action. Pursuant to FS 92.525(2) and 28 USC Section 1746, no notary is required.

_____
Luzeneida Gonzalez
1089

Caplan, Caplan & Caplan Process Servers
12555 Orange Drive
Suite 106
Davie, FL 33330
(305) 374-3426

Our Job Serial Number: CPN-2020028741
Service Fee: _____

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1t

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/28/2020 02:03:49 PM.****

Case Number: CACE-20-015415 Division: 03
Filing # 113... '6 E-Filed 09/18/2020 03:16:23 PM

IN THE CIRCUIT COURT OF THE 17th JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA
CASE NO.

CARLOS STEPHENS

    Plaintiff

vs.

KAPLAN HIGHER EDUCATION LLC

    Defendant,
_____/

**SUMMONS**

THE STATE OF FLORIDA
TO ALL SHERIFFS OF SAID STATE:

YOU ARE COMMANDED to serve a copy of the Summons and Complaint on:

KAPLAN HIGHER EDUCATION LLC
c/o CT CORPORATION SYSTEM, Registered Agent
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

The Defendant is required to serve written defenses to the Complaint on Plaintiff's attorney, to-wit:

Peter J. Solnick, Esquire
Solnick Law, P.A.
17501 Biscayne Boulevard, Suite 420
Aventura, FL 33160

Within 20 days after service of this Summons on that Defendant, exclusive of the day of service, and to file the original of those defenses with the Clerk of this Court, either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint.

DATED_____, 2020.

Clerk of...

SEP 21 2020       By:_____

BRENDA D. FORMAN

*** FILED: BROWARD COUNTY, FL BRENDA D. FORMAN, CLERK 09/18/2020 03:16:21 PM.****

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD, FLORIDA
CASE NO. CACE-20-015415

CARLOS STEPHENS

    Plaintiff,

vs.

KAPLAN HIGHER EDUCATION,

    Defendant.
_____/

## NOTICE CANCELLATION OF HEARING

**PLEASE TAKE NOTICE** that the hearing before the Honorable Nicholas Lopane, Circuit Court Judge in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, via Zoom Video Conference (www.zoom.com), **Wednesday, September 30, 2020 at 8:45 a.m.**, on Plaintiff's Motion to Strike is hereby **CANCELLED**.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail through the Florida E Portal this 30th day of September, 2020.

**SOLNICK LAW, P.A.**
17501 Biscayne Blvd. Suite 420
Aventura, FL 33160
Phone: 786-629-6530
Fax: 305-468-6353
/s/ Peter J. Solnick, Esq.
By: _____
Peter J. Solnick, Esq/FBN 670006

1

IN THE CIRCUIT COURT OF THE 17TH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA

CASE NO. CACE20015415   DIVISION 03   JUDGE Nicholas Lopane

**Carlos Stephens**

Plaintiff(s) / Petitioner(s)

v.

**Kaplan Higher Education LLC**

Defendant(s) / Respondent(s)

_____/

# AGREED ORDER ON MOTION TO STRIKE

**THIS MATTER** is before the Court on Plaintiff's Motion to Strike Notice of Voluntary Dismissal and the parties having agreed to the Order, and being advised in the premises, it is hereby,

**ORDERED** and **ADJUDGED** that:

The Motion to Strike Notice of Voluntary Dismissal is hereby **GRANTED** and the matter is still pending.

**DONE** and **ORDERED** in Chambers, at Broward County, Florida on 10-07-2020.

CACE20015415 10-07-2020 8:57 AM

Hon. Nicholas Lopane
**CIRCUIT JUDGE**
Electronically Signed by Nicholas Lopane

**Copies Furnished To:**
Brandy Bailey , E-mail : brandy@solnicklaw.com
Peter J Solnick Solnick , E-mail : pete@solnicklaw.com
Peter J Solnick Solnick , E-mail : brandy@solnicklaw.com